IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 10-CV-23045-DLG

BRICKELL PLACE PHASE II
CONDO ASSOCIATION, INC.,

    Plaintiff,

vs.

QBE INSURANCE CORPORATION,
a foreign corporation,

    Defendant.
_____

## NOTICE OF APPEARANCE

PLEASE take notice that William S. Berk of the law firm BERK, MERCHANT & SIMS, PLC enters an appearance in the above styled case as co-counsel on behalf of Defendant, QBE INSURANCE CORPORATION.

Dated: December 27, 2010

    Respectfully submitted,

    By: s/ William S. Berk
    William S. Berk Florida
    Bar No. 349828
    wberk@berklawfirm.com
    BERK, MERCHANT & SIMS, PLC
    2 Alhambra Plaza, Suite 700
    Gables, Florida 33134 Telephone:
    (786) 364-1814 Facsimile
    (786) 338-2851 Telephone
    *Co-Counsel for QBE Insurance Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on December 27, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

      By: s/ William S. Berk
William S. Berk Florida
Bar No. 349828
wberk@berklawfirm.com
BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Telephone: (786) 338-2851
Facsimile:  (786) 364-1814
*Co-Counsel for QBE Insurance Corporation*

SERVICE LIST

Catherine Deborah Bain
840 N. Federal Highway
North Palm Beach, FL  33408
561-630-1917 Tel.
561-630-1918 Fax.
dbainlaw@aol.com
Attorney for QBE Insurance Corporation

Richard A. Alayon, Esq.
Florida Bar No. 934290
Christian Walled, Esq.
Florida Bar No. 0035072
ALAYON & ASSOCIATES. P.A.
4551 Ponce De Leon Blvd.
Coral Gables, FL 33146
Phone: 305-221-2110
Fax: 305-221-5321
ralayon@alayonlaw.com