UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

CASE NO: 10-CV-23045-GRAHAM/BANDSTRA

BRICKELL PLACE PHASE II CONDO
ASSOCIATION, INC.,

    Plaintiff,

vs.

QBE INSURANCE CORPORATION,
a foreign corporation,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, Hillary B. Cohen of the law firm of BERK, MERCHANT & SIMS, PLC, hereby enters her appearance in the above-styled case on behalf of Defendant, QBE INSURANCE CORPORATION.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

/s/   **HILLARY B. COHEN**
Evelyn M. Merchant
emerchant@berklawfirm.com
Florida Bar No.: 488577
Melissa M. Sims
msims@berklawfirm.com
Florida Bar No.: 85936
Hillary B. Cohen
Florida Bar No.: 31005
hcohen@berklawfirm.com
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Tel: 786-338-2900 / Fax: 786-338-2888
***Co-Counsel for QBE Insurance Corporation***

*Brickell Place II Condo Assoc. v. QBE Ins. Co.*
*Case No.: 10-CV-23045-GRAHAM/BANDSTRA*
*Page 2 of 2*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Richard A. Alayon, Esq.
ralayon@alayonlaw.com
**ALAYON & ASSOCIATES, P.A.**
4551 Ponce De Leon Blvd.
Coral Gables, FL 33146
Tel.: 305-221-2110
Fax: 305-221-5321
*Counsel for Plaintiff*

Christopher N. Mammel, Esq.
cmammel@childresslawyers.com
**CHILDRESS DUFFY, Ltd.**
12000 Biscayne Blvd., Suite 415
Miami, FL 33181
and
Christopher N. Mammel, Esq.
cmammel@childresslawyers.com
**CHILDRESS DUFFY, Ltd.**
500 N. Dearborn St., Suite 1200
Chicago, IL 60654
Tel.: 312-494-0200
Fax: 312-494-0200
*Co-Counsel for Plaintiff*

Catherine Deborah Bain, Esq.
dbainlaw@aol.com
**C. DEBORAH BAIN, P.A.**
840 N. Federal Highway
North Palm Beach, FL 33408
Tel.: 561-630-1917
Fax: 561-630-1918
*Counsel for Defendant*

Paul Morris, Esq.
paulappeal@aol.com
**LAW OFFICES OF PAUL MORRIS, P.A.**
9350 S. Dixie Highway, Suite 1450
Miami, Florida 33156
Tel.: 305-670-1441
Fax: 305-670-2202
*Co-Counsel for Plaintiff*

Raoul G. Cantero, Esq.
rcantero@whitecase.com
Maria J. Beguiristain, Esq.
mbeguiristain@whitecase.com
**WHITE & CASE, LLP**
Wachovia Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
Tel.: 305-371-2700
Fax: 305-358-5744
*Co-Counsel for Defendant*

William Fink, Esq.
wfink@wickersmith.com
Damian D. Daley, Esq.
ddaley@wickersmith.com
**WICKER SMITH, O'HARA, MCCOY & FORD, P.A.**
2800 Ponce de Leon Blvd., Suite 800
Coral Gables, FL 33134
Tel.: 305-448-3939
Fax: 305-441-1745
*Co-Counsel for Defendant*

/S/ **HILLARY B. COHEN**
Hillary B. Cohen

**BERK, MERCHANT & SIMS**
PLC

2 ALHAMBRA PLAZA, SUITE 700 ● CORAL GABLES, FLORIDA 33134 ● PHONE: 786.338.2900 ● FAX: 786.338.2888