UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-cv-23045-DLG

BRICKELL PLACE PHASE II
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

QBE INSURANCE CORPORATION,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court on the Joint Stipulation of Dismissal with Prejudice of Plaintiff, **BRICKELL PLACE PHASE II CONDOMINIUM ASSOCIATION, INC.**, and Defendant, **QBE INSURANCE CORPORATION**, (D.E. 119), filed December 13, 2011, and the Court having reviewed the Joint Stipulation, the entirety of the file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED:**

1. Upon the Joint Stipulation of Dismissal with Prejudice, the case is hereby dismissed with prejudice, with the Parties to bear their own attorneys' fees and costs.

2. Any pending motions are denied as moot.

3. The Clerk is instructed to close this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of December, 2011.

                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

cc:  All counsel of record